[No. 25521-5-I.   Division One.   January 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD JOSEPH JEFFRIES, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 89-1-00544-4, Michael F. Moynihan, J.,

entered January 4, 1990. *Reversed* by unpublished opinion per Grosse, J., concurred in by Forrest and Kennedy, JJ.